# EXHIBIT 1



**Notice of Service of Process**

SBR / ALL
**Transmittal Number: 20290146**
**Date Processed: 08/23/2019**

| | |
|---|---|
| **Primary Contact:** | Norvis Esponda<br>Envision Physician Services<br>7700 W Sunrise Blvd<br>Mailstop PL-6<br>Plantation, FL 33322-4113 |
| **Electronic copy provided to:** | Caron Hodnett<br>Nicole Brackett<br>Rich Moore<br>Lynne Liko<br>Deserae Gordon<br>Marc Bonora |

| | |
|---|---|
| **Entity:** | Envision Physician Services, LLC<br>Entity ID Number  3735206 |
| **Entity Served:** | Envision Physician Services, LLC |
| **Title of Action:** | Theresa Haley vs. Envision Physician Services, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Broward County Circuit Court, FL |
| **Case/Reference No:** | CACE-19-017190 Division:02 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 08/23/2019 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Cathleen Scott<br>561-653-0008 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Filing # 93981360 E-Filed 08/12/2019 08:34:33 AM

IN THE CIRCUIT COURT FOR THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.::

THERESA HALEY,

    Plaintiff,

v.                                 **SUMMONS**

ENVISION PHYSICIAN SERVICES, LLC,
a foreign limited liability company,

    Defendant.

_____/

THE STATE OF FLORIDA:
To All and Singular the Sheriffs of said State:

*8 23)9 235*

ERIC LARSON #063
Certified Process Server
2nd Judicial Circuit

     YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition, in this action on:

> **ENVISION PHYSICIAN SERVICES, LLC**
> **C/O REGISTERED AGENT: CORPORATION SERVICE COMPANY**
> **1201 HAYS STREET**
> **TALLAHASSEE, FL 32301-2525**

Each Defendant is required to serve written defenses to the complaint or petition on:

> Cathleen Scott, Esq.
> Plaintiff's attorney, whose address is:
> Scott Wagner & Associates, P.A.
> Jupiter Gardens
> 250 South Central Boulevard, Suite 104-A
> Jupiter, Florida 33458
> Tele : (561) 653-0008
> Fax : (561) 653-0020

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against the defendant for the relief demanded in the complaint or petition.

response to the Court located at: **Broward County Courthouse,** Clerk of Courts, 201 S.E. 6th Street, Fort Lauderdale, Florida 33301 and you must also mail or take a carbon copy or photocopy of your written response to the Plaintiff's Attorney: **Cathleen Scott, Esq., 250 S. Central Blvd, Ste 104, Jupiter, Florida 33458 (561) 653-0008; primary e-mail:** CScott@scottwagnerlaw.com.

WITNESS my hand and the Seal of said Court this _____ day    AUG 21 2019

BRENDA D. FORMAN
As Clerk of said Court

BY : _____
As Deputy

BRENDA D. FORMAN

Filing # 93981360 E-Filed 08/12/2019 08:34:33 AM

IN THE CIRCUIT COURT FOR THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:

THERESA HALEY,

      Plaintiff,

v.

ENVISION PHYSICIAN SERVICES, LLC,
a foreign limited liability company,

      Defendant.

_____/

## **COMPLAINT**

      COMES NOW, the Plaintiff, THERESA HALEY, [hereinafter referred to as "Haley" or

"Plaintiff"] by and through her undersigned attorney, hereby files this lawsuit against Defendant,

ENVISION PHYSICIAN SERVICES, LLC,  a foreign corporation, and as grounds therefore

states as follows:

### **JURISDICTION**

1.    This is an action for damages greater than $15,000, exclusive of interest, costs and
      attorney's fees.

2.    Plaintiff brings claims for retaliation on the basis of her gender in violation of the Florida
      Civil Rights Act Florida Statute § 760 et. seq. (FCRA) and the Civil Rights Act of 1964,
      42 U.S.C. §§2000e, *et seq*., (Title VII).

3.    Plaintiff is an individual subject to the protections of the FCRA and Title VII for retaliation
      on the basis of gender.

4.    Defendant is an employer as that term is defined under the FCRA  and Title VII

## VENUE

5.    The Plaintiff is a resident of Broward County, Florida.

6.    This cause of action occurred in Broward County, Florida, and at all times material hereto, Defendant's principle address is 7700 W. Sunrise Boulevard, Plantation, Florida 33322.

7.    Venue in Broward County is proper.

8.    Venue is proper in this district pursuant to 42 U.S.C. § 2000e-5(f) and 28 U.S.C. § 1391(b) & (c).

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

7.    Plaintiff filed a charge of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC"). (True and correct copy of said charge is attached hereto as **Exhibit A**).

8.    Plaintiff has exhausted her administrative remedies as they relate to these below causes of action in that on June 6, 2019, the Equal Employment Opportunities Commission issued a Right to Sue Notice to Plaintiff. (A true and correct copy of said Right to Sue Notice is attached as **Exhibit B**) Additionally more than 180 days have passed since the filing of Plaintiff's Charge of Discrimination.

## COMMON ALLEGATIONS

9.    Plaintiff was employed with Defendant, Envision Physician Service, LLC from on or about April 25, 2016 up to and including her separation on May 16, 2018.

10.   Plaintiff's position with Defendant was senior practice manager.

11.   In or about November 2017, Plaintiff filed a complaint against her supervisor, Marcous Gardner for his derogatory treatment of her on the basis of gender.

12.   After Plaintiff's complaint, Defendant held a meeting to discuss the Plaintiff's concerns with Janice Baker of Human Resources and Mr. Gardner's Manager, Alan Struthers.

13. At the meeting, Plaintiff expressed concerns about retaliation and maintaining the complaints as confidential.

14. As Plaintiff feared, Mr. Gardner learned of her complaint and Plaintiff began to be retaliated against

15. Soon thereafter the meeting, Mr. Gardner ignored and avoided Plaintiff.

16. Even other physicians noticed that Mr. Gardner was not acting as his usual self.

17. In March 2018, Mr. Gardner gave Plaintiff a negative performance review.

18. In response, Plaintiff made a second formal complaint to the Human Resources Director, Anthony Katz advising that she was being targeted for her complaints.

19. For example, in her evaluation Plaintiff received a "needs improvement" and was told she needed to "[continue] to establish a trusting relationship with her manager." **(See Evaluation attached hereto as Exhibit C.)**

20. After Plaintiff's meeting with Mr. Katz, she waited for her complaints to be handled, but to no avail.

21. Then on May 16, 2018 and just weeks aver her negative evaluation and retaliation complaint was terminated for an incident that occurred on April 6, 2018.

22. Plaintiff contends that the reasons for her termination are pretextual.

23. As a result of the retaliatory treatment she has received, Plaintiff has suffered severe emotional and mental distress and anguish as well as physical manifestations of her distress and anguish.

## COUNT I
## RETALIATION
## IN VIOLATION OF FLORIDA CIVIL RIGHTS ACT § 760

Plaintiff re-alleges and references each and every allegation contained in the preceding paragraphs 1 through 23, and incorporates the same as if set forth fully herein.

24.  Plaintiff made complaints to her managers during her employment about discriminatory treatment.

25.  Plaintiff also filed a charge of discrimination with the Florida Commission on Human Relations and Equal Employment Opportunity Commission.

26.  Despite said complaints, Defendant failed to take any remedial action.

27.  After making said complaints, Plaintiff was subjected to retaliation and adverse actions, including but not limited her termination.

28.  Plaintiff's complaints constitute protected activity.

29.  Following Plaintiff's protected activity she was subjected to retaliatory conduct which would have the effect of dissuading a reasonable person of making such complaints.

30.  Specifically, Plaintiff's complaints were not investigated, and Plaintiff was subjected to adverse actions after complaining.

31.  Plaintiff's protected activity and her adverse employment actions are causally related.

32.  As a result of the Defendant's retaliatory conduct, Plaintiff has sustained damages.

33.  As result of the aforementioned actions of the Defendant, Plaintiff has suffered severe emotional distress.

34.  Defendant failed to comply with its statutory duty to take all reasonable and necessary steps to eliminate retaliation from the work place and to prevent it from occurring.

35.  Plaintiff is informed and believes and based thereon alleges, that in addition to the practices enumerated herein, Defendant engaged in other discriminatory practices against Plaintiff which are not yet fully known. At such time that the discrimination becomes known, Plaintiff will seek leave of court to amend this Complaint in that regard.

36.   Plaintiff has filed a timely charge of discrimination alleging retaliation with the Florida
      Commission on Human Relations and Equal Employment Opportunity Commission.

37.   Plaintiff has exhausted all of her administrative remedies in that it has been more than
      one-hundred and eighty days since the filing of the retaliation charge.

38.   As a direct and proximate result of Defendant's willful knowing and intentional
      discrimination, Plaintiff has suffered and will continue to suffer pain and suffering,
      extreme and severe emotional distress and mental anguish; Plaintiff has suffered and will
      continue to suffer a loss of earnings and other employment related benefits and job
      opportunities. As a result, Plaintiff is thereby entitled to general and compensatory
      damages in an amount to be proven at trial.

39.   Plaintiff also seeks punitive damages for the Defendant's conduct in reckless disregard of
      her rights.

40.   As a further direct and proximate result of the Defendant's violation as herein described,
      Plaintiff has been compelled to retain the services of the undersigned law firm. Plaintiff
      will incur and continue to incur reasonable attorney's fees and costs. Plaintiff requests
      that her attorney's fees be awarded pursuant to Fla. Statute §760.11.

      WHEREFORE, Plaintiff prays that judgment be entered in her favor against the Defendant,
as follows: That Plaintiff be awarded general and compensatory damages, prejudgment interest,
punitive damages, and injunctive relief; that Plaintiff be awarded reasonable attorney's fees and
costs of suit pursuant to Florida Civil Rights Act and Florida Statute §760; and that Plaintiff be
awarded such other relief as the Court deems just and proper.

**COUNT II**
**RETALIATION**
**IN VIOLATION OF TITLE VII**

Plaintiff re-alleges and references each and every allegation contained in the preceding paragraphs 1 through 23, and incorporates the same as if set forth fully herein.

41. Plaintiff made complaints to her managers during her employment about discriminatory treatment.

42. Plaintiff also filed a charge of discrimination with the Florida Commission on Human Relations and Equal Employment Opportunity Commission.

43. Despite said complaints, Defendant failed to take any remedial action.

44. After making said complaints, Plaintiff was subjected to retaliation and adverse actions, including but not limited her termination.

45. Plaintiff's complaints constitute protected activity.

46. Following Plaintiff's protected activity she was subjected to retaliatory conduct which would have the effect of dissuading a reasonable person of making such complaints.

47. Specifically, Plaintiff's complaints were not investigated, and Plaintiff was subjected to adverse actions after complaining.

48. Plaintiff's protected activity and her adverse employment actions are causally related.

49. As a result of the Defendant's retaliatory conduct, Plaintiff has sustained damages.

50. As result of the aforementioned actions of the Defendant, Plaintiff has suffered severe emotional distress.

51. Defendant failed to comply with its statutory duty to take all reasonable and necessary steps to eliminate retaliation from the work place and to prevent it from occurring.

52. Plaintiff is informed and believes and based thereon alleges, that in addition to the practices enumerated herein, Defendant engaged in other discriminatory practices against

Plaintiff which are not yet fully known. At such time that the discrimination becomes known, Plaintiff will seek leave of court to amend this Complaint in that regard.

53. Plaintiff has filed a timely charge of discrimination alleging retaliation with the Florida Commission on Human Relations and Equal Employment Opportunity Commission.

54. Plaintiff has exhausted all of her administrative remedies in that she received a Right to Sue and timely filed this action.

55. As a direct and proximate result of Defendant's willful knowing and intentional discrimination, Plaintiff has suffered and will continue to suffer pain and suffering, extreme and severe emotional distress and mental anguish; Plaintiff has suffered and will continue to suffer a loss of earnings and other employment related benefits and job opportunities. As a result, Plaintiff is thereby entitled to general and compensatory damages in an amount to be proven at trial.

56. Plaintiff also seeks punitive damages for the Defendant's conduct in reckless disregard of her rights.

57. As a further direct and proximate result of the Defendant's violation as herein described, Plaintiff has been compelled to retain the services of the undersigned law firm. Plaintiff will incur and continue to incur reasonable attorney's fees and costs. Plaintiff requests that her attorney's fees be awarded pursuant to Title VII.

WHEREFORE, Plaintiff prays that judgment be entered in her favor against the Defendant, as follows: That Plaintiff be awarded general and compensatory damages, prejudgment interest, punitive damages, and injunctive relief; that Plaintiff be awarded reasonable attorney's fees and costs of suit pursuant to Title VII; and that Plaintiff be awarded such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury for all matters so triable.

Dated this 12th of August 2019.

SCOTT WAGNER & ASSOCIATES, P.A.
Jupiter Gardens
250 South Central Boulevard
Suite 104-A
Jupiter, FL 33458
Telephone:   (561) 653-0008
Facsimile:    (561) 653-0020

s/Cathleen Scott
Cathleen Scott, Esq.
Florida Bar No. 135331
Primary e-mail: CScott@scottwagnerlaw.com
Secondary e-mail: mail@scottwagnerlaw.com
Secondary Address:  101 Northpoint Parkway
West Palm Beach, FL 33407
www.ScottWagnerLaw.com

| CHARGE OF DISCRIMINATION | AGENCY | | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | X | FEPA | |
| | X | EEOC | |

| Florida Commission on Human Relations |
|---|
| State or local Agency, if any |

| NAME(Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) | |
|---|---|---|
| Ms. Theresa Haley | c/o (561)653-0008 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| c/o 250 South Central Blvd., Suite 104-A | Jupiter, FL 33458 | ▬▬▬▬ |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) | |
|---|---|---|---|
| Envision Physician Services, LLC | 15+ | 954-939-5000 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |
| 7700 W. Sunrise Blvd. | Plantation, FL 33065 | | Broward |
| NAME | TELEPHONE NUMBER (Include Area Code) | | |
| Envision Physician Services, LLC | 615-665-1283 | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |
| 1A Burton Hills Blvd. | Nashville, TN 37215 | | Davidson |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| | EARLIEST (ADEA/EPA)   LATEST (ALL) |
| | Oct. 18 2017       May 16, 2018 |

| | RACE | | COLOR | x | SEX | | RELIGION | | AGE |
|---|---|---|---|---|---|---|---|---|---|
| x | RETALIATION | | NATIONAL ORIGIN | | DISABILITY | | OTHER (Specify) | | |

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. Discrimination Statement – I contend that I was discriminated against on the basis of my gender in violation of The Civil Rights Act of 1964, Title VII, 42 U.S.C. 2000e, the Florida Civil Rights Act, Fla Stat §760. et seq., and local ordinance and for Retaliation.

II. Charge Statement – I was employed with Envision Physician Services, LLC as a practice manager from April 25, 2016 to May 16, 2018 when I was terminated. During my employment, I complained about gender discrimination by my immediate manager Marcous Gardner. Following my complaints, I was retaliated against including being given a negative evaluation. After I complained again, I was terminated. My termination was deemed due to a lack of escalation in regards to a drug related issue, however another employee was also questioned for a non-escalation issue but he was not terminated like me. I contend the company's treatment violated state and federal laws for discrimination and retaliation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | JUANITA PEREZ Commission # FF 923162 Expires October 1, 2019 |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | *Theresa Haley* |
| *Theresa Haley* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date 05/30/18    Charging Party (Signature) | 30 05 2018 |

EEOC FORM 5 (Test 10/94)

EXHIBIT A

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Theresa A. Haley<br>10331 NW 42 Drive<br>Coral Spring, FL 33065 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| EEOC Charge No. | EEOC Representative | | Telephone No. |
| 510-2018-04469 | BLONDEL VINCENT,<br>Investigator | | (305) 808-1810 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

JUN 06 2019

| Enclosures(s) | | *(Date Mailed)* |
|---|---|---|
| | Michael J. Farrell,<br>District Director | |

| cc: | **Respondent Representative**<br>ENVISION PHYSICIAN SERVICES LLC<br><br>Francine Nisim<br>Associate General Counsel<br>7700 West Sunrise Blvd<br>Plantation, FL 33322 | **Charging Party Representative**<br>SCOTT WAGNER AND ASSOCIATES, PA<br><br>Scott Wagner<br>Esq.<br>250 S Central Blvd #104A<br>Jupiter, FL 33458 |
|---|---|---|

EXHIBIT B

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EXHIBIT B

Taleo Business Edition ~ Premium                                      Page 1 of 9

# Taleo ⋇. BUSINESS EDITION

## Performance Review: _Management Performance Assessment - M

### Review Data

| | |
|---|---|
| Review Code: | Job Title: SHCR PRACTICE MANAGER III |
| Due Date: 2/28/18 | Performance Review Approvers: Directly Assigned Review Approvers Workflow Default Approvers [ Modify ] |
| Status: New | Calculated Manager Rating: Meets Job Requiremer |
| Review Manager: Gardner, Marcous | Performance Review Contributors: |

### Review Period

| Start date: 1/1/17 | End Date: 12/31/17 |
|---|---|

### Employee Data

| | |
|---|---|
| Employee Code: 121351 | Manager Name: Gardner, Marcous |
| First name: Theresa | Start date: 4/25/16 |
| Last name: Haley | Next Review Date: |
| Department: 920N | Next Review Type: Staff Performance Assessment |

Performance Review Rating Summary

Overall Score: 2.11

| Review Section | Manager Score | Employee Score | Mgmt. Avg | Peer Avg | Subordinate Avg | Weight | Section Weighted Score |
|---|---|---|---|---|---|---|---|
| Competencies | 2.10 | 2.40 | | | | 30% | 0.63 |
| Accountability/Prioritizing- M | 3.00 | 2.00 | | | | | |
| Building & Strengthening Relationships - M | 1.00 | 3.00 | | | | | |
| Business Acumen - M | 2.00 | 2.00 | | | | | |

EXHIBIT C

| | | | | | |
|---|---|---|---|---|---|
| Communicating Effectively - M | 2.00 | 3.00 | | | |
| Conflict Management - M | 2.00 | 3.00 | | | |
| Constructive Thinking/Decison Making - M | 2.00 | 2.00 | | | |
| Ethics, Values, Integrity & Trust - M | 1.00 | 2.00 | | | |
| Functional/Technical Skills - M | 3.00 | 2.00 | | | |
| Leading and Developing Others - M | 2.00 | 3.00 | | | |
| Service Orientation & Customer Focus - M | 3.00 | 2.00 | | | |
| Principle Accountabilties | 2.00 | 2.00 | | 40% | 0.80 |
| Principle Accountabilities of the Job | 2.00 | 2.00 | | | |
| Goals | 2.25 | 2.25 | | 30.00% | 0.68 |
| MS Excel Skill Set | 2.00 | 2.00 | | | |
| Business Acumen | 2.00 | 2.00 | | | |
| Mastering Critical Care Billing Model | 3.00 | 2.00 | | | |
| Relationship Building w/All Non Leadership Providers | 2.00 | 3.00 | | | |

| Competencies  (Weight: 30.00%) | Meets Job Requirements  2.10 |
|---|---|

| Accountability/Prioritizing- M | Exceeds Job Requirements  3.00 |
|---|---|

| Exceeds Job Requirements  3.00 | Holds team and self responsible for maintaining the highest | Manager Comments: |
|---|---|---|

EXHIBIT C

performance standards and meeting agreed upon commitments even under difficult circumstances. Demonstrates passion for excellence. Sets ambitious goals. Takes responsibility for outcomes of decisions. Achieves results even in the face of challenges. Regularly reassess priorities and adjusts them to increase efficiency and effectiveness. Acts on important & urgent tasks. Regularly reviews own workload to identify delegation opportunities

Theresa has a very high standard of performance for herself and strives to meet the commitments of the job under difficult circumstances. She is extremely passionate and takes personal ownership for the operations of each of her practices.

## Building & Strengthening Relationships - M

Needs Improvement 1.00

### Needs Improvement 1.00

Builds and maintains long-term relationships with others based on mutual respect and trust. Fosters cooperation and collaborative decision making among staff with diverse backgrounds and interests. Works effectively towards solutions and compromises that take the needs of all parties into account when conflicts arise; facilitates open communication among people who depend on each other to get work done; surfaces and diffuses potential sources of conflict before they escalate.

Manager Comments:

Theresa has developed and maintains a very trusting relationship with her physician chiefs; these relationships have served her well in her ability to effectively manage sometimes very diverse personalities and interests. She has made progress at strengthening her relationships with AH chiefs, but should continue efforts to establish a rapport with non-leaders/staff providers; Theresa is also continuing to establish a trusting relationship with her manager. She will devote significant efforts to establishing herself as someone who is easy to work with, someone who is more approachable and will be mindful of how others experience her, regardless of her intentions (incl. style of communication, etc.). The 2017 performance review year presented numerous relationship-oriented challenges/learning opportunities; Theresa will work throughout 2018 to continue building from

EXHIBIT C

| | lessons learned, both personal and professional. |

## Business Acumen - M

**Meets Job Requirements 2.00**

Meets Job Requirements 2.00 | Understands business implications of decisions. Conducts cost-benefit analysis. Displays orientation to profitability. Demonstrates knowledge of the market and competition. Aligns work with strategic goals.

Manager Comments:

Theresa demonstrates solid business acumen; she sufficiently understands the business implications of key decisions and has demonstrated herself to be profit-oriented; Theresa sufficiently understands the local markets of her practices/facilities.

## Communicating Effectively - M

**Meets Job Requirements 2.00**

Meets Job Requirements 2.00 | Articulates logical and well-founded arguments that support conclusions; matches communication style to the message and audience; Actively solicits opinions from others. Routinely provides others with the information they need to do their jobs; expresses ideas clearly, succinctly and logically; responds constructively to issues and concerns raised by others; informs others about pertinent issues in a timely manner; seeks input from others when developing solutions to complex problems

Manager Comments:

Theresa is an effective communicator and is able to clearly express ideas succinctly and logically. She regularly presents at regional AH chief meetings and other forums. See "conflict management" below for additional feedback on communication skills.

## Conflict Management - M

**Meets Job Requirements 2.00**

Meets Job Requirements 2.00 | Steps up to conflicts, seeing them as opportunities; reads situations quickly; good at focused listening; can hammer out tough agreements and settle disputes equitably; can find common ground and get cooperation with minimum noise

Manager Comments:

Theresa is comfortable and adept at stepping up to conflict when necessary; she has also demonstrated an ability to hammer out agreements and settle disputes fairly. There is an opportunity for Theresa to improve her active listening

EXHIBIT C

skills, including interrupting others less during conversations. This is also self-identified area of improvement.

## Constructive Thinking/Decison Making - M

Meets Job Requirements  2.00

Meets Job Requirements  2.00

Analyzes problems systematically and logically, and is resourceful when developing and implementing solutions. Analyzes all relevant issues and available data before acting, keeping overall goals in mind. Generates creative ideas and solutions to problems. Consistently makes good decisions (without considering how much time it takes) based upon a mixture of analysis, wisdom, experience, and judgment. Sought out by others for advice and solutions.

Manager Comments:

Theresa demonstrates solid constructive thinking and decision-making skills; she is generally able to systematically analyze problems and develop thoughtful solutions. She will work to ensure that relevant stakeholders and manager are aware and involved in key decisions affecting practice operations.

## Ethics, Values, Integrity & Trust - M

Needs Improvement  1.00

Needs Improvement  1.00

Adheres to an appropriate (for the setting) and effective set of core values and beliefs during both good and bad times; acts in line with those values; rewards the right values and disapproves of others; practices what he/she preaches; is widely trusted; is seen as a direct, truthful individual; can present the unvarnished truth in an appropriate and helpful manner; keeps confidences; admits mistakes; doesn't misrepresent him/herself for personal gain

Manager Comments:

Several interpersonal challenges have adversely affected trust, which is currently being restored; there is also an opportunity to ensure consistent values alignment in both good and bad times.

## Functional/Technical Skills - M

Exceeds Job Requirements  3.00

Exceeds Job Requirements  3.00

Has functional and technical knowledge and skills to do the job at a high level of accomplishment; demonstrates an avid interest in continuously enhancing current skills and learning new ones; applies functional or technical knowledge to process innovation and complex problem solving;

Manager Comments:

Theresa possesses a high level of functional and technical skills to do the job successfully; she's an aggressive "go-getter" with an ability to manage complex operations.

EXHIBIT C

## Service Orientation & Customer Focus - M

**Exceeds Job Requirements  3.00**

**Exceeds Job Requirements  3.00**

Sets and maintains high standards for service internal and external customers and other departments; incorporates needs and concerns of diverse constituencies into decision-making; assesses and often anticipates customer's needs; holds self and others accountable for meeting or exceeding customer needs and expectations; takes customer needs and interests into account when making decisions; seizes opportunities for improving customer satisfaction.

**Manager Comments:**

Theresa demonstrates a service-oriented approach to the PM job. She is extremely diligent with responding to the needs of the clients and is mindful of the impression that failure to do so has on the company and on her as an individual. Because of this, she follows through on commitments and holds internal departments accountable for delivering service excellence.

## Principle Accountabilities  (Weight: 40.00%)

**Meets Job Requirements  2.00**

Description:  How did the employee perform on the principle accountabilities of the job (based upon the job description)?

### Principle Accountabilities of the Job

**Meets Job Requirements  2.00**

**Meets Job Requirements  2.00**

Competent in required job skills and knowledge. Exhibits ability to learn and apply new skills. Keeps abreast of current developments. Requires minimal supervision. Displays understanding of how job relates to others. Uses resources effectively.

**Manager Comments:**

Theresa is competent in the job skills and understands how the job relates to others.

EXHIBIT C

## Employee Goals (Weight: 30.00%):

### Goals Summary

| | Score | Meets Job Requirements | This score represents the weighted average of the goals listed below. |
|---|---|---|---|

### Goal

| | | |
|---|---|---|
| Manager goal score: | Meets Job Require | Goal Level: Individual |
| Due date: | 12/31/17 | Weighted %: |
| Description: | To improve my MS Excel skill set by taking an ongoing course to become an advanced user of the program to assist in use of the LDR and P&L reports. | Created date: 3/27/17 10:45 PM |
| Title: | MS Excel Skill Set | Manager comment: Met requirements |

### Goal

| | | |
|---|---|---|
| Manager goal score: | Meets Job Require | Goal Level: Individual |
| Due date: | 12/31/17 | Weighted %: |
| Description: | Taking more of an interactive role in my book of business to assure that I have full understanding of the staffing models, financials and management of each budget, | Created date: 3/27/17 10:40 PM |
| Title: | Business Acumen | Manager comment: Met requirements |

**Goal**

| | | | |
|---|---|---|---|
| Manager goal score: | Exceeds Job Requ | Goal Level: | Individual |
| Due date: | 12/31/17 | Weighted %: | |
| Description: | To enhance the collection process by working with billing on the site level and with our management company in Pittsburgh to assure that we are capturing collections in real time. | Created date: | 3/27/17 10:47 PM |
| Title: | Mastering Critical Care Billing Model | Manager comment: | Exceeded expectations; Theresa played an integral role in overhauling the billing process, ensuring transparency and accuracy. |

**Goal**

| | | | |
|---|---|---|---|
| Manager goal score: | Meets Job Require | Goal Level: | Individual |
| Due date: | 12/31/17 | Weighted %: | |
| Description: | To actively engage and build relationships with all non leader level providers at each program. To assure that they are as familiar with my presence and involvement as the leaders. | Created date: | 4/7/17 4:41 PM |
| Title: | Relationship Building w/All Non Leadership Providers | Manager comment: | Met some of the requirements |

EXHIBIT C

**Overall Comments**

| Manager Comments: | Theresa has significant skill sets that has benefited the organization and I look forward to ongoing growth and development in the years to come. | Employee Comments: |

**Review Sign Off:**

Manager Signature:  Marcous Gardner             Employee Signature:  Theresa Haley

Manager Signature Date:  2/28/18                 Employee Signature Date:  12/18/17

**Employee Acknowledgment**

I have reviewed this document and discussed the contents with my manager.  My signature means that I have been advised of my performance status and does not necessarily imply that I agree with the evaluation.

_Theresa Haley_  03/21/10

Employee Signature/Date

_____

Reviewer Signature/Date

Copyright ©2002-2018 Taleo Corporation. All rights reserved. Privacy / Security | Terms of Use

EXHIBIT C